UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| WILLIAM KASTNER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-289-MMD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| SW EXCURSION & EDUCATIONAL TOURS, etc., *et al*., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 15, 2013.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

 1. Shall identify the discovery that has been completed;

 2. Shall identify the discovery that remains outstanding;

 3. Shall identify any pending discovery motions; and,

 4. Shall detail all attempts to settle the case.

DATED this  14th  day of November, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge