UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM KASTNER, | ) | |
| Plaintiffs, | ) | Case No. 2:12-cv-00289-APG-NJK |
| vs. | ) | ORDER |
| SW EXCURSION & EDUCATIONAL TOURS, | ) | |
| Defendant. | ) | |

Pending before the Court is a joint status report, indicating that the parties have reached a settlement of this case. Docket No. 32. The Court hereby **VACATES** the deadlines currently set in this case. *See* Docket No. 30. The parties are **ORDERED** to submit a stipulation for dismissal no later than September 30, 2013.

IT IS SO ORDERED.

DATED: August 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge